2010-02266
FILED
May 11, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002621499

RICHARD L. ANTOGNINI (SBN 075711)
**LAW OFFICES OF RICHARD L. ANTOGNINI**
819 I Street
Lincoln, California 95648-1742
Telephone:      (916) 645-7278
Facsimile:      (916) 290-0539
E-Mail:      rlalawyer@yahoo.com

Attorneys for Defendants and Debtors
JUAN M. SEARCY and
BEATRIZ SANCHEZ SEARCY

# UNITED STATES BANKURPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No.:  10-22146 |
| JUAN M. SEARCY and BEATRIZ SANCHEZ SEARCY | Chapter 7 |
| | ADVERSARY CASE NO: |
| Debtor | **NOTICE OF REMOVAL OF ACTION PENDING IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN JOAQUIN, TO THE BANKRUPTCY COURT UNDER 28 U.S.C. § 1452** |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, its successors and/or assigns, | |
|       Plaintiff, | |
| v. | |
| JUAN M. SEARCY and BEATRIZ SANCHEZ SEARCY, and DOES I through X, inclusive, | |
|       Defendants. | |

**NOTICE OF REMOVAL OF STATE COURT ACTION TO BANKRUPTCY COURT**
**Adversary Case No.**
**Chapter 7 Case No. 10-22146**

TO: PLAINTIFF FEDERAL HOME LOAN MORTGAGE CORPORATION, ITS SUCCESSORS, AND/OR ASSIGNS, AND TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN JOAQUIN:

Defendants and debtors JUAN M. SEARCY and BEATRIZ SANCHEZ SEARCY hereby remove the lawsuit entitled <u>Federal Home Loan Mortgage Corporation, et al. v. Juan M. Searcy and Beatriz Sanchez Searcy, et al.</u>, Action No. 39-2009-00227956-CL-UD-STK (or "<u>Federal Home Loan Mortgage Corp. v. Searcy</u>"), including the complaint and answer to the complaint, from the Superior Court of the State of California, County of San Joaquin, 222 East Weber Avenue, Stockton, California 95202, to the United States Bankruptcy Court for the Eastern District of California, under 28 U.S.C. § 1452 (a) and FRBP 9027 (a), and hereby give notice of removal to each of the following:

1.     Superior Court of the State of California, County of San Joaquin, 222 East Weber Avenue, Stockton, California 95202-2709; and

2.     William L. Partridge, Jason W. Short, Pite Duncan, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17934, San Diego, California 92177-0934, counsel for plaintiff FEDERAL HOME LOAN MORTGAGE CORPORATION (or "plaintiff").

Removal of the action is based on the following facts:

1.     On October 16, 2009, plaintiff filed a civil action against defendants entitled <u>Federal Home Loan Mortgage Corporation, et al. v. Juan M. Searcy and Beatriz Sanchez Searcy, et al.</u>, San Joaquin County Superior Court Action No. 39-2009-00227956-CL-UD-STK. Defendants filed an answer on October 26, 2009.

2.     In the <u>Federal Home Loan Mortgage Corp. v. Searcy</u> action, plaintiff sues defendants for unlawful detainer. It contends that it acquired title to defendants' home at a

foreclosure sale and therefore is entitled to have a court order defendants evicted from their home. Defendants deny these allegations and contend that plaintiff was estopped from foreclosing on defendants' home and buying the home at a foreclosure sale. The allegations of the complaint and answer are fully described in Exhibit 1 to this Notice of Removal. Exhibit 1 is a complete copy of the court file in the Federal Home Loan Mortgage Corp. v. Searcy action.

3.     The Federal Home Loan Mortgage Corp. v. Searcy action is not a proceeding before the United States Tax Court, and it is not a civil action by a governmental unit to enforce its police or regulatory power.

4.     The Federal Home Loan Mortgage Corp. v. Searcy action was pending in the San Joaquin County Superior Court.

5.     On January 29, 2010, defendants filed a petition for relief under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court, Eastern District of California, action no. 10-22146, which is currently pending.

6.     On May 9, 2010, defendants filed an adversary complaint against plaintiff, among other parties, action no. 10-02258-C, in the United States Bankruptcy Court, Eastern District of California, action no. 10-22146, which is currently pending. That adversary complaint alleges claims against plaintiff for promissory estoppel, fraud, negligent misrepresentation, wrongful foreclosure, violation of California's Unfair Competition Law, Business & Professions Code section 17200 et seq., and quiet title. This complaint charges that the foreclosure sale of defendants' home was unlawful and that all eviction proceedings against defendants should be enjoined.

7.     The Federal Home Loan Mortgage Corp. v. Searcy action affects defendants' Chapter 7 action and adversary complaint in these ways. If judgment is entered for plaintiff in

the Federal Home Loan Mortgage Corp. v. Searcy action, the bankruptcy estate will be stripped of one its largest assets—defendants' home. In addition, any judgment in the Federal Home Loan Mortgage Corp. v. Searcy action may bar defendants from pursuing the claims they allege in their adversary complaint. Finally, the claims asserted in the adversary complaint are part of the bankruptcy estate. Any judgment in the Federal Home Loan Mortgage Corp. v. Searcy action may prevent defendants from prosecuting those claims and will diminish the estate. Thus, the Federal Home Loan Mortgage Corp. v. Searcy action is a "core" proceeding within the meaning of 28 U.S.C. §§ 6157 and 1334.

8. This Court has jurisdiction over the Federal Home Loan Mortgage Corp. v. Searcy action under 28 U.S.C. § 1334 (b).

9. Removal of the Federal Home Loan Mortgage Corp. v. Searcy action to this Court is proper under 28 U.S.C. § 1452 (a) an FRBP 9027.

10. Venue for the Federal Home Loan Mortgage Corp. v. Searcy action is proper in this Court under 28 U.S.C. §1452 (a), because this Court is the Bankruptcy Court in the District where the San Joaquin County Superior Court is located. The Federal Home Loan Mortgage Corp. v. Searcy action was filed in the San Joaquin County Superior Court.

11. Attached as Exhibit 1 is a complete copy of the court file from the San Joaquin County Superior Court in the Federal Home Loan Mortgage Corp. v. Searcy action. Exhibit 1 includes:

Civil Case Cover Sheet, filed October 16, 2009, page 000051

Complaint for Unlawful Detainer and Money Damages, filed October 16, 2009, pages 000043 to 000050;

Summons-Unlawful Detainer-Eviction, filed October 16, 2009, page 00041 to 00042;

Notice-You Have Been Sued, filed October 16, 2009, pages 000039 to 000040;

Answer to Complaint for Unlawful Detainer and Money Damages, filed October 26, 2009, pages 000035 to 00038;

Proof of Service by Mail and Proof of Service of Summons, filed February 9, 2010, pages 000026 to 000034;

Request for Entry of Default, filed February 9, 2010, pages 000024 to 00025;

Proof of Service by Mail and Proof of Service of Summons, filed February 19, 2010, pages 000013 to pages 000018, and pages 000021 to 0000223,

Request for Entry of Default, filed February 19, 2010, pages 000019 to 000020;

Request to Set Case for Trial-Unlawful Detainer, filed February 19, 2010, pages 000009 to 000012;

Notice of Court Trial-Unlawful Detainer, filed February 23, 2010, pages 000007 to 000008;

Notice of Stay of Proceedings, filed March 8, 2010, pages 000002 to 000006; and

Minute Order, filed March 10, 2010, page 000001.

Dated  May 11, 2010                          LAW OFFICES OF RICHARD L. ANTOGNINI


By:  /s/ Richard L. Antognini
       Richard L. Antognini
       Attorneys for Defendants and Debtors
       JUAN M. SEARCY and
       BEATRIZ SANCHEZ SEARCY

**VERIFICATION**

I, Richard L. Antognini, am the attorney for defendants and debtors Juan M. Searcy and Beatriz Sanchez Searcy.  I declare under penalty of perjury of the laws of the United States that the facts stated in the above Notice of Removal of State Court Action to Bankruptcy Court are true and correct.  Executed on May 11, 2010 at Lincoln, California.


                 <u>Richard L. Antognini</u>
                 Richard L. Antognini

Federal Home Loan Mortgage Corp. v. Searcy

## **PROOF OF SERVICE**

I am a resident of the United States and the State of California. I am employed in the County of Placer. I am over the age of 18 and not a party to the within action; my business address is 819 I Street, Lincoln, California 95648.

On May 11, 2010, I served the documents listed below on interested parties in this action by placing a true copy in a sealed envelope addressed as follows:

Jason W. Short, Esq.                      Counsel for Plaintiff
William L. Partridge, Esq.
Pite Duncan, LLP
P.O. Box 17934
San Diego, CA 92177-0934

Clerk of the Court
Superior Court of San Joaquin County
222 East Weber Avenue
Stockton, California 95202-2709

**X  VIA U.S. MAIL**

List of Documents Served:

NOTICE OF REMOVAL OF STATE COURT ACTION TO BANKRUPTCY COURT

I deposited such envelope(s) in the mail at Lincoln, California. The envelope was mailed with postage fully prepaid. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage fully prepaid at Lincoln, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing of affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 11, 2010, at Lincoln, California.

_____
Richard L. Antognini

# EXHIBIT 1

**Complete Copy of Court File in State Court Case- Federal Home Loan v. Searcy, Case No. 39- 00227956-CL-UD-STK**

# SUPERIOR COURT OF CALIFORNIA,
## COUNTY OF SAN JOAQUIN
### STOCKTON

## MINUTE ORDER

Date: 03/10/2010                    Time: 10:30:00 AM        Dept:  B1

Commissioner: Erik Lundeberg
Clerk:  Leti Fuentes
Reporter/ERM:
Bailiff/Court Attendant:

Case No: **39-2009-00227956-CL-UD-STK**
Case Title: **Federal Home Loan Mortgage vs. Searcy**

Case Category: Civil - Limited          Case Type: Unlawful Detainer - Residential

**EVENT TYPE:** Court Trial - Unlawful Detainer

**APPEARANCES**
Brian St. James, specially appearing for Federal Home Loan Mortgage, Plaintiff.
Juan Searcy, self represented Defendant, is not present.
Beatriz Searcy, self represented Defendant, is not present.

Court Trial - Unlawful Detainer continued to 05/12/2010 at 10:30 AM in department b1.

Plaintiff to notify Defendant of next court date.

Exh 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Richard L. Antognini, SBN 075711<br>LAW OFFICES OF RICHARD L. ANTOGNINI<br>819 I Street, Lincoln, California 95648-1742<br>TELEPHONE NO.: (916) 645-7278　　FAX NO. *(Optional)*: (916) 290-0539<br>E-MAIL ADDRESS *(Optional)*: rlalawyer@yahoo.com<br>ATTORNEY FOR *(Name)*: Defendants JUAN SEARCY and BEATRIZ SEARCY | 2010 MAR -8 PH 3: 53<br><br>ROSA JUNGUEIRO, CLERK<br><br>BY_____<br>　　　　DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN
STREET ADDRESS: 222 East Weber Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Stockton, California 95202-2709
BRANCH NAME: Stockton Branch

PLAINTIFF/PETITIONER: Federal Home Loan Mortgage Corporation

DEFENDANT/RESPONDENT: Juan Searcy and Beatriz Searcy

| | |
|---|---|
| **NOTICE OF STAY OF PROCEEDINGS** | CASE NUMBER:<br>39-2009-00227956-CL-UD-STK |
| | JUDGE: |
| | DEPT.: |

**To the court and to all parties:**

1. Declarant *(name)*: Richard L. Antognini

   a. ☐ is ☐ the party ☑ the attorney for the party who requested or caused the stay.

   b. ☐ is ☐ the plaintiff or petitioner ☐ the attorney for the plaintiff or petitioner. The party who requested the stay has not appeared in this case or is not subject to the jurisdiction of this court.

2. This case is stayed as follows:

   a. ☑ With regard to all parties.

   b. ☐ With regard to the following parties *(specify by name and party designation)*:

3. Reason for the stay:

   a. ☑ Automatic stay caused by a filing in another court. *(Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.)*

   b. ☐ Order of a federal court or of a higher California court. *(Attach a copy of the court order.)*

   c. ☐ Contractual arbitration under Code of Civil Procedure section 1281.4. *(Attach a copy of the order directing arbitration.)*

   d. ☐ Arbitration of attorney fees and costs under Business and Professions Code section 6201. *(Attach a copy of the client's request for arbitration showing filing and service.)*

   e. ☐ Other:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 5, 2010

Richard L. Antognini
_____
(TYPE OR PRINT NAME OF DECLARANT)　　　　　　　　　(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California
CM-180 [Rev. January 1, 2007]

**NOTICE OF STAY OF PROCEEDINGS**

Page 1 of 1
Cal. Rules of Court, rule 3.650
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

000002

B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Eastern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Searcy, Juan M. Sr.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Searcy, Beatriz Sanchez** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3940** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5271** |
| Street Address of Debtor (No. and Street, City, and State):<br>**333 Franciscan Avenue**<br>**Stockton, CA**<br>ZIP Code **95210** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**333 Franciscan Avenue**<br>**Stockton, CA**<br>ZIP Code **95210** |
| County of Residence or of the Principal Place of Business:<br>**San Joaquin** | County of Residence or of the Principal Place of Business:<br>**San Joaquin** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**2010-22146**
**FILED**
**January 29, 2010**
**2:18 PM**
**RELIEF ORDERED**
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003936

B1 (Official Form 1)(1/08)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Searcy, Juan M. Sr.<br>Searcy, Beatriz Sanchez |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Charles L. Hastings**      **January 29, 2010**<br>Signature of Attorney for Debtor(s)      (Date)<br>**Charles L. Hastings 88599** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| Searcy, Juan M. Sr. |
| Searcy, Beatriz Sanchez |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Juan M. Searcy, Sr.**
Signature of Debtor  **Juan M. Searcy, Sr.**

X  **/s/ Beatriz Sanchez Searcy**
Signature of Joint Debtor **Beatriz Sanchez Searcy**

Telephone Number (If not represented by attorney)

**January 29, 2010**
Date

#### Signature of Attorney*

X  **/s/ Charles L. Hastings**
Signature of Attorney for Debtor(s)

**Charles L. Hastings 88599**
Printed Name of Attorney for Debtor(s)

**Law Offices of Charles L. Hastings**
Firm Name

**4568 Feather River Drive**
**Suite A**
**Stockton, CA 95219**

Address

**(209) 476-1010  Fax: (209) 952-7854**
Telephone Number

**January 29, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Federal Home Loan Mortgage Corp. v. Searcy
Case No. 39-2009-00227956-CL-UD-STK

## PROOF OF SERVICE
### [CCP Section 1013(a); 2015.5]

I am a resident of the United States and the State of California. I am employed in the County of Placer. I am over the age of 18 and not a party to the within action; my business address is 819 I Street, Lincoln, California 95648.

On March 6, 2010, I served the documents listed below on interested parties in this action by placing a true copy in a sealed envelope addressed as follows:

Jason W. Short, Esq.                    Counsel for Plaintiff
William L. Partridge, Esq.
Pite Duncan, LLP
P.O. Box 17934
San Diego, CA 92177-0934

**X VIA U.S. MAIL**

List of Documents Served:

NOTICE OF STAY OF PROCEEDINGS

I deposited such envelope(s) in the mail at Lincoln, California. The envelope was mailed with postage fully prepaid. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage fully prepaid at Lincoln, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing of affidavit. (CCP §§ 1012, 1013 and 1013(a)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 6, 2010, at Lincoln, California.

_____
                    Richard L. Antognini

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS: 222 E Weber Avenue<br>MAILING ADDRESS: 222 E Weber Avenue<br>CITY AND ZIP CODE: Stockton, CA 95202<br>BRANCH NAME: Stockton | SAN JOAQUIN SUPERIOR COURT<br>FILED<br>ROSA JUN QUEIRO, CLERK<br>BY _Jama A. Guerrero_<br>DEPUTY |
| PLAINTIFF/ PETITIONER: Federal Home Loan Mortgage<br>DEFENDANT/ RESPONDENT: Juan M Searcy et.al. | |
| Federal Home Loan Mortgage vs. Searcy | |
| In re the ☐ Conservatorship ☐ Guardianship ☐ Estate ☐ Trust of: | 02/23/2010 |
| **NOTICE OF COURT TRIAL - UNLAWFUL DETAINER** | CASE NUMBER:<br>39-2009-00227956-CL-UD-STK |

Please take notice that a Court Trial - Unlawful Detainer has been scheduled on 03/10/2010 at 10:30 AM in Department B1 of this court, located at Stockton at 222 E Weber Avenue Stockton, CA 95202.
 In the event that a jury will be requested, jury fees in the sum of $150.00 must be posted 5 days prior to trial or jury is waived.

Contact the court immediately if court reporter is desired.

Please Note: It shall be the duty of counsel to inform the court of any case which has been settled.

CLERK OF THE COURT,

Dated: 02/23/2010

By: _Jama A. Guerrero_ , Lorna Guerrero, Clerk

**NOTICE OF HEARING**

| SHORT TITLE: Federal Home Loan Mortgage vs. Searcy | CASE NUMBER:<br>39-2009-00227956-CL-UD-STK |
|---|---|

### CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this cause. I certify that a true copy of the attached was mailed following standard court practices in a sealed envelope with postage fully prepaid, addressed as indicated below. The mailing and this certification occurred at Stockton, California, on 02/23/2010.

Clerk of the Court, by: _Laina A. Guerrero_ , Deputy

JASON W SHORT
4375 JUTLAND DRIVE # 200
SAN DIEGO, CA 92117

Law Offices of
Richard L Antognini
819 "I" Street
Lincoln, CA 95648

---

**NOTICE OF HEARING**

000008

**UD-150**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*

WILLIAM L. PARTRIDGE, SBN 260166
JASON W. SHORT, SBN 263667
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17934, San Diego, CA 92177-0934

| TELEPHONE NO: (858) 750-7600 | FAX NO. *(Optional):* (619) 590-1385 |

EMAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* **Federal Home Loan**

FOR COURT USE ONLY

FILED

'' FFR 19 PM 2:07

R S) . . R O. CLERK

BY

DEPUTY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN**

STREET ADDRESS:
MAILING ADDRESS: 222 East Weber Avenue
CITY AND ZIP CODE: Stockton, CA 95202-2709
BRANCH NAME: County of San Joaquin - Stockton Branch

PLAINTIFF: Federal Home Loan

DEFENDANT: Juan M. Searcy, Beatriz S. Searcy, et al.

| ⊠ REQUEST ☐ COUNTER-REQUEST<br>TO SET CASE FOR TRIAL – UNLAWFUL DETAINER<br>⊠ Plaintiff ☐ Defendant | CASE NUMBER:<br>39-2009-00227956-CL-UD-STK |

1. ⊠ **Plaintiff's request.** I represent to the court that all parties have been served with process and have appeared or have had a default or dismissal entered against them. I request that this case be set for trial.

2. **Trial preference.** The premises concerning this case are located at *(street address, apartment number, city, zip code, and county)*:
   **333 Franciscan Avenue, Stockton, CA 95210, County of San Joaquin**
   a. ⊠ To the best of my knowledge, the right to possession of the premises is still in issue. This case is entitled to legal preference under Code of Civil Procedure section 1179a.
   b. ☐ To the best of my knowledge, the right to possession of the premises is no longer in issue. No defendant or other person is in possession of the premises.

3. **Jury or nonjury trial.** I request ☐ a jury trial ⊠ a nonjury trial.

4. **Estimated length of trial.** I estimate that the trial will take *(check one):*
   a. ☐ days *(specify number):*                 b. ⊠ hours *(specify if estimated trial is less than one day):* ½ hour

5. **Trial date.** I am not available on the following dates *(specify dates and reasons for unavailability):*

   **UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400-6415)**

6. *(Complete in all cases.)* An unlawful detainer assistant ⊠ did not ☐ did for compensation give advice or assistance with this form. *(If declarant has received any help or advice for pay from an unlawful detainer assistant, complete a-f.)*

   a. Assistant's name:                                  c. Telephone no.:
   b. Street address, city, and zip code:               d. County of registration:
                                                         e. Registration no.:
                                                         f. Expires on *(date):*

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.
Date: February 11, 2010

JASON W. SHORT, SBN 263667
_____          ▶ _____
(TYPE OR PRINT NAME)                          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

| **NOTICE** |
| • An unlawful detainer case must be set for trial on a date not later than **20 days** after the first request to set the case for trial is made (Code Civ. Proc., § 1170.5(a)).<br>• If a jury is requested, $150 must be deposited with the court 5 days before trial (Code Civ. Proc., § 631).<br>• Court reporter and interpreter services vary. Check with the court for availability of services and fees charged.<br>• If you cannot pay the court fees and costs, you may apply for a fee waiver. Ask the court clerk for a fee waiver form. |

Form Adopted for Mandatory Use
Judicial Council of California
UD-150 [New January 1, 2005]

**REQUEST/COUNTER-REQUEST TO SET CASE
FOR TRIAL—UNLAWFUL DETAINER**

Code of Civil Procedure, §§ 631,
1170.5 (a), 1179a
www.courtinfo.ca.gov

ORIGINAL

000009

| PLAINTIFF: Federal Home Loan | CASE NUMBER:<br>**39-2009-00227956-CL-UD-STK** |
|---|---|
| DEFENDANT: Juan M. Searcy, Beatriz S. Searcy, et al. | |

## PROOF OF SERVICE BY MAIL

**Instructions:** *After having the parties served by mail with the Request/Counter-Request to Set Case for Trial—Unlawful Detainer, (form UD-150), have the person who mailed the form UD-150 complete this Proof of Service by Mail. An unsigned copy of the Proof of Service by Mail should be completed and served with form UD-150. Give the Request/Counter-Request to Set Case for Trial —Unlawful Detainer (form UD-150) and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1.  I am over the age of 18 and not a party to this case. I am a resident of or employed in the county where the mailing took place.

2.  My residence or business address is (specify):
    **4375 Jutland Drive, Suite 200, P.O. Box 17934, San Diego, CA 92177-0934**

3.  I served the Request/Counter-Request to Set Case for Trial—Unlawful Detainer (form UD-150) by enclosing a copy in an envelope addressed to each person whose name and address are shown below AND

    a.  ☐ **depositing** the sealed envelope in the United States mail on the date and at the place shown in item 3c with the postage fully prepaid.

    b.  ☒ **placing** the envelope for collection and mailing on the date and at the place shown in item 3c following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

    c.  (1)  Date mailed: February 11, 2010

        (2)  Place mailed (city and state): San Diego, California

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct:

Date: February 11, 2010

Victoria Wood
_____
(TYPE OR PRINT NAME)                    ► _____
                                        (SIGNATURE OF PERSON WHO MAILED FORM UD-150)

## NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

| | **Name** | **Address (number, street, city, and zip code)** |
|---|---|---|
| 4. | All Unknown Occupants in Care of Juan M. Searcy, Beatriz S. Searcy | 333 Franciscan Avenue<br>Stockton, CA 95210 |
| 5. | Juan M. Searcy | 333 Franciscan Avenue<br>Stockton, CA 95210 |
| 6. | Beatriz S. Searcy | 333 Franciscan Avenue<br>Stockton, CA 95210 |
| 7. | Richard L. Angtognini | Law Offices of Richard L. Angtognini<br>819 I Street<br>Lincoln, CA 95648-1742 |
| 8. | | |
| 9. | | |

☐ List of names and addresses continued on a separate attachment or form MC-025, titled Attachment to Proof of Service by Mail.

UD-150 [New January 1, 2005]

**REQUEST/COUNTER-REQUEST TO SET CASE FOR TRIAL–UNLAWFUL DETAINER**

Page 2 of 2

000010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| WILLIAM L. PARTRIDGE, SBN 260166<br>JASON W. SHORT, SBN 263667<br>PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17934, San Diego, CA 92177-0934 | |

TELEPHONE NO.: (858) 750-7600    FAX NO. *(Optional):* (619) 590-1385

EMAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):* **Federal Home Loan**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN**

STREET ADDRESS:   222 East Weber Avenue
MAILING ADDRESS:
CITY AND ZIP CODE:   Stockton, CA 95202-2709

BRANCH NAME:   County of San Joaquin - Stockton Branch

PLAINTIFF:   Federal Home Loan

DEFENDANT:   Juan M. Searcy, Beatriz S. Searcy, et al.

| ☒ **REQUEST** ☐ **COUNTER-REQUEST**<br>**TO SET CASE FOR TRIAL – UNLAWFUL DETAINER**<br>☒ **Plaintiff** ☐ **Defendant** | CASE NUMBER:<br>**39-2009-00227956-CL-UD-STK** |
|---|---|

1.   ☒   **Plaintiff's request.** I represent to the court that all parties have been served with process and have appeared or have had a default or dismissal entered against them. I request that this case be set for trial.

2.   **Trial preference.** The premises concerning this case are located at *(street address, apartment number, city, zip code, and county):*
    **333 Franciscan Avenue, Stockton, CA 95210, County of San Joaquin**
    a.   ☒   To the best of my knowledge, the right to possession of the premises is still in issue. This case is entitled to legal preference under Code of Civil Procedure section 1179a.
    b.   ☐   To the best of my knowledge, the right to possession of the premises is no longer in issue. No defendant or other person is in possession of the premises.

3.   **Jury or nonjury trial.** I request ☐ a jury trial ☒ a nonjury trial.

4.   **Estimated length of trial.** I estimate that the trial will take *(check one):*
    a. ☐ days *(specify number):*      b. ☒ hours *(specify if estimated trial is less than one day):* ½ hour

5.   **Trial date.** I am not available on the following dates *(specify dates and reasons for unavailability):*

**UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400-6415)**

6.   *(Complete in all cases.)* An unlawful detainer assistant ☒ did not ☐ did   for compensation give advice or assistance with this form. *(If declarant has received any help or advice for pay from an unlawful detainer assistant, complete a–f.)*

    a. Assistant's name:                 c. Telephone no.:
    b. Street address, city, and zip code:      d. County of registration:
                                             e. Registration no.:
                                             f. Expires on *(date):*

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Date: February 11, 2010

JASON W. SHORT, SBN 263667
      **(TYPE OR PRINT NAME)**             ▶          **(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)**

| **NOTICE** |
|---|
| •   An unlawful detainer case must be set for trial on a date not later than 20 days after the first request to set the case for trial is made (Code Civ. Proc., § 1170.5(a)).<br>•   If a jury is requested, $150 must be deposited with the court 5 days before trial (Code Civ. Proc., § 631).<br>•   Court reporter and interpreter services vary. Check with the court for availability of services and fees charged.<br>•   If you cannot pay the court fees and costs, you may apply for a fee waiver. Ask the court clerk for a fee waiver form. |

Form Adopted for Mandatory Use<br>Judicial Council of California<br>UD-150 [New January 1, 2005]

**REQUEST/COUNTER-REQUEST TO SET CASE**
**FOR TRIAL–UNLAWFUL DETAINER**

Code of Civil Procedure, §§ 631,<br>1170.5 (a), 1179a<br>www.courtinfo.ca.gov

000011

| PLAINTIFF: Federal Home Loan | CASE NUMBER: 39-2009-00227956-CL-UD-STK |
|---|---|
| DEFENDANT: Juan M. Searcy, Beatriz S. Searcy, et al. | |

## PROOF OF SERVICE BY MAIL

**Instructions:** *After having the parties served by mail with the Request/Counter-Request to Set Case for Trial—Unlawful Detainer, (form UD-150), have the person who mailed the form UD-150 complete this Proof of Service by Mail. An unsigned copy of the Proof of Service by Mail should be completed and served with form UD-150. Give the Request/Counter-Request to Set Case for Trial —Unlawful Detainer (form UD-150) and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and not a party to this case. I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is (specify):
   **4375 Jutland Drive, Suite 200, P.O. Box 17934, San Diego, CA 92177-0934**

3. I served the Request/Counter-Request to Set Case for Trial—Unlawful Detainer (form UD-150) by enclosing a copy in an envelope addressed to each person whose name and address are shown below AND

   a. ☐ **depositing** the sealed envelope in the United States mail on the date and at the place shown in item 3c with the postage fully prepaid.

   b. ☒ **placing** the envelope for collection and mailing on the date and at the place shown in item 3c following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

   c. (1) Date mailed: February 11, 2010

   (2) Place mailed *(city and state)*: San Diego, California

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct:

Date: February 11, 2010

Victoria Wood
_____          ► _____
(TYPE OR PRINT NAME)                              (SIGNATURE OF PERSON WHO MAILED FORM UD-150)

## NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

| | Name | Address *(number, street, city, and zip code)* |
|---|---|---|
| 4. | All Unknown Occupants in Care of Juan M. Searcy, Beatriz S. Searcy | 333 Franciscan Avenue Stockton, CA 95210 |
| 5. | Juan M. Searcy | 333 Franciscan Avenue Stockton, CA 95210 |
| 6. | Beatriz S. Searcy | 333 Franciscan Avenue Stockton, CA 95210 |
| 7. | Richard L. Angtognini | Law Offices of Richard L. Angtognini 819 I Street Lincoln, CA 95648-1742 |
| 8. | | |
| 9. | | |

☐ List of names and addresses continued on a separate attachment or form MC-025, titled Attachment to Proof of Service by Mail.

000012

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>William L. Partridge     SBN: 2601<br>PITE DUNCAN, LLP<br>4375 JUTLAND DRIVE, SUITE 200 P.O. BOX 17934<br>SAN DIEGO, CA 92177<br>  TELEPHONE NO.: (858) 750-7600    FAX NO.*(Optional)*: (619) 590-1385<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff - | FOR COURT USE ONLY<br>Exh 1<br><br>FILED<br>10 FEB 19 PM 2:07<br>ROSA JUNGUERO CLERK<br>BY<br>DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN
STREET ADDRESS: 222 E. WEBER AVE.
MAILING ADDRESS:
CITY AND ZIP CODE: STOCKTON, CA 95202-2709
BRANCH NAME: STOCKTON BRANCH

| | |
|---|---|
| PLAINTIFF/PETITIONER: **FEDERAL HOME LOAN** | CASE NUMBER:<br>39-2009-00227956-CL-UD-STK |
| DEFENDANT/RESPONDENT: **SEARCY** | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>000028-002518 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   - a. ☐ summons
   - b. ☐ complaint
   - c. ☐ Alternative Dispute Resolution (ADR) package
   - d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   - e. ☐ cross-complaint
   - f. ☒ other *(specify documents)*: CIVIL CASE COVER SHEET; SUMMONS-UNLAWFUL DETAINER; COMPLAINT-UNLAWFUL DETAINER;PREJUDGMENT CLAIM OF RIGHT TO POSSESSION

3. a. Party served *(specify name of party as shown on documents served)*:
   **BEATRIZ S. SEARCY**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a)*:

4. Address where the party was served: **333 FRANCISCAN AVENUE**
   **STOCKTON, CA 95210**

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   (2) at *(time)*:

   b. ☒ **by substituted service.** On *(date)*: 10/20/2009 at *(time)*: 05:41 pm I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
   **JUAN M. SEARCY, CO-TENANT**

   - (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   - (2) ☒ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   - (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   - (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:   from *(city)*:      or ☒ a declaration of mailing is attached.

   - (5) ☒ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

ORIGINAL

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

POS-010-1/282518U2

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in Item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*               (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☒ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☐ On behalf of *(specify):*
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
   a. Name: **SANDRA M. MACIAS**
   b. Address: **3500 Fifth Ave. San Diego, CA 92103**
   c. Telephone number: **(619) 299-2012**
   d. **The fee for service was: $ 57.50**
   e. I am:

     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☒ registered California process server:
       (i) ☐ owner    ☐ employee    ☐ independent contractor.
       (ii) Registration No.: **118**
       (iii) County: **MERCED**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

     Date: **10/22/2009**
     Advanced Attorney Services, Inc.
     3500 Fifth Ave.
     San Diego, CA 92103
     (619) 299-2012

       **SANDRA M. MACIAS**          ▶                 (SIGNATURE)
   (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)
- William L. Partridge     SBN: 2601
- PITE DUNCAN, LLP
- 4375 JUTLAND DRIVE, SUITE 200 P.O. BOX 17934
- SAN DIEGO, CA 92177
  TELEPHONE NO.: (858) 750-7600     FAX NO.: (619) 590-1385
- E-MAIL ADDRESS (Optional):
- ATTORNEY FOR (Name): Plaintiff -

FILED

'0 FEB 19 PH 2: 07

ROSA JUNGULIRO. CLERK

BY _____
DEPUTY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN**

STREET ADDRESS: 222 E. WEBER AVE.

MAILING ADDRESS

CITY AND ZIP CODE: STOCKTON, CA 95202-2709

BRANCH NAME: STOCKTON BRANCH

PLAINTIFF/PETITIONER: **FEDERAL HOME LOAN**

DEFENDANT/RESPONDENT: **SEARCY**

| | |
|---|---|
| **DECLARATION OF DILIGENCE** | CASE NUMBER: **39-2009-00227956-CL-UD-STK** |

I received the within assginment for filing and/or service on October 14, 2009 and that after due and diligent effort I have been able to serve said person. The following itemization includes, but is not limited to, the date(s) and time(s) service was attempted on this servee.

     Servee:    **BEATRIZ S. SEARCY**

   Documents:    **CIVIL CASE COVER SHEET; SUMMONS-UNLAWFUL DETAINER; COMPLAINT-UNLAWFUL DETAINER;PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

     Address:    **333 FRANCISCAN AVENUE**
                     **STOCKTON, CA 95210**

As enumerated below:

**10/17/2009 -- 07:59 am**
   No answer at door.

**10/18/2009 -- 05:55 pm**
   No answer at door.

**10/19/2009 -- 08:25 pm**
   No answer at door.

**10/20/2009 -- 05:41 pm**
   Substituted Service. Recipient instructed to deliver documents to named party.

County: **MERCED**
Registration No.: **118**
**Advanced Attorney Services, Inc.**
**3500 Fifth Ave.**
**San Diego, CA 92103**
**(619) 299-2012**

ORIGINAL

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **February 12, 2010** at **San Diego,** California.

Signature: _____
                **SANDRA M. MACIAS**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
William L. Partridge                              SBN: 260
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200 P.O. BOX 17934
SAN DIEGO, CA 92177
TELEPHONE NO.: (858) 750-7600        FAX NO.: (619) 590-1385
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: Plaintiff -

FOR COURT USE ONLY

FILED

10 FEB 19 PH 2:07
ROS [illegible] CLERK
BY _____
DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN

STREET ADDRESS: 222 E. WEBER AVE.

MAILING ADDRESS:

CITY AND ZIP CODE: STOCKTON, CA 95202-2709

BRANCH NAME: STOCKTON BRANCH

PLAINTIFF/PETITIONER: **FEDERAL HOME LOAN**

DEFENDANT/RESPONDENT: **SEARCY**

| PROOF OF SERVICE BY MAIL | CASE NUMBER:<br>39-2009-00227956-CL-UD-STK |
|---|---|

I am a citizen of the United States and employed in the County of MERCED, State of California. I am over the age of 18 and not a party to this action. My business address is 3500 Fifth Ave., San Diego, CA 92103.

On October 21, 2009, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

**CIVIL CASE COVER SHEET; SUMMONS-UNLAWFUL DETAINER; COMPLAINT-UNLAWFUL DETAINER;PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SAN DIEGO, California, addressed as follows:

> **BEATRIZ S. SEARCY**
> **333 FRANCISCAN AVENUE**
> **STOCKTON, CA 95210**

I am readily familiar with the firm's practice for collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

Fee for Service: 57.50

ORIGINAL

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 21, 2009.

Signature: _____

RICH MERICLE

**PROOF OF SERVICE BY MAIL**

000016
Order#: 282518U2/GProof5

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| William L. Partridge ( ) SBN: 2601( ) <br> ~E DUNCAN, LLP <br> ~375 JUTLAND DRIVE, SUITE 200 P.O. BOX 17934 <br> SAN DIEGO, CA 92177 <br> TELEPHONE NO.: (858) 750-7600   FAX NO.*(Optional):* (619) 590-1385 <br> E-MAIL ADDRESS *(Optional):* <br> ATTORNEY FOR *(Name):* **Plaintiff -** | Exh 1 <br><br> FILED <br> 10 FEB 19 PM 2:07 <br> ROSA JUI HO. CLERK <br> BY _____ |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **SAN JOAQUIN**

STREET ADDRESS: **222 E. WEBER AVE.**

MAILING ADDRESS:

CITY AND ZIP CODE: **STOCKTON, CA 95202-2709**

BRANCH NAME: **STOCKTON BRANCH**

| PLAINTIFF/PETITIONER: **FEDERAL HOME LOAN** | CASE NUMBER: <br> 39-2009-00227956-CL-UD-STK |
|---|---|
| DEFENDANT/RESPONDENT: **SEARCY** | |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: <br> 000028-002518 |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☐ summons

   b. ☐ complaint

   c. ☐ Alternative Dispute Resolution (ADR) package

   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*

   e. ☐ cross-complaint

   f. ☒ other *(specify documents):* **CIVIL CASE COVER SHEET; SUMMONS-UNLAWFUL DETAINER; COMPLAINT-UNLAWFUL DETAINER;PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

3. a. Party served *(specify name of party as shown on documents served):*

   **JUAN M. SEARCY**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a):*

4. Address where the party was served: **333 FRANCISCAN AVENUE STOCKTON, CA 95210**

5. I served the party *(check proper box)*

   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **10/20/2009** (2) at *(time):* **05:41 pm**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):* or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

ORIGINAL

Form Approved for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10 <br> POS-010-1/282518U1

000017

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):*                                    (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ *to an address outside California with return receipt requested.* (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☒ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☐ On behalf of *(specify):*

under the following Code of Civil Procedure section:

☐ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                  ☐ other:

7. **Person who served papers**
   a. Name: **SANDRA M. MACIAS**
   b. Address: **3500 Fifth Ave. San Diego, CA 92103**
   c. Telephone number: **(619) 299-2012**
   d. **The fee** for service was: $ **187.45**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
          (i) ☐ owner   ☐ employee   ☒ independent contractor.
          (ii) Registration No.: **118**
          (iii) County: **MERCED**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **10/22/2009**
**Advanced Attorney Services, Inc.**
**3500 Fifth Ave.**
**San Diego, CA 92103**
**(619) 299-2012**

ORIGINAL

_____
**SANDRA M. MACIAS**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____ (SIGNATURE)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| WILLIAM L. PARTRIDGE, SBN 260166<br>JASON W. SHORT, SBN 263667<br>PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17934, San Diego, CA 92177-0934<br>TELEPHONE NO. (858) 750-7600   FAX NO. *(Optional)*  (619) 590-1385<br>EMAIL ADDRESS *(Optional)*<br>ATTORNEY FOR *(Name)*  Federal Home Loan | FILED<br>16 FEB 19 PM 2:07<br>ROSA JUCURO, CLERK<br>BY _____<br>DEPUTY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN**

| | |
|---|---|
| STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: | 222 East Weber Avenue<br>Stockton, CA 95202-2709 |
| BRANCH NAME: | County of San Joaquin - Stockton Branch |

| | |
|---|---|
| PLAINTIFF/PETITIONER: | Federal Home Loan |
| DEFENDANT/RESPONDANT: | Juan M. Searcy, Beatriz S. Searcy, et al. |

| REQUEST FOR<br>(Application) | ☒ Entry of Default<br>☐ Court Judgment | ☐ Clerk's Judgment | CASE NUMBER:<br>39-2009-00227956-CL-UD-STK |
|---|---|---|---|

1. **TO THE CLERK:** On the complaint or cross-complaint filed
   a. on *(date):* October 16, 2009
   b. by *(name):* Federal Home Loan Mortgage Corporation, its successors and/or assigns

   c. ☒ Enter default of defendant *(names):* All Unknown Occupants In Care of Juan M. Searcy, Beatriz S. Searcy

   d. ☐ I request a court judgment under code of Civil Procedure sections 585(b), 585 (c), 989, etc., against defendant *(names):*

   *(Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)*
   e. ☐ Enter clerk's judgment
      (1) ☐ for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
         ☐ Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The *Prejudgment Claim of Right to Possession* was served in compliance with Code of Civil Procedure section 415.46.
      (2) ☐ under Code of Civil Procedure section 585(a). *(Complete the declaration under Code Civ. Proc., §585.5 on the reverse (item 5).)*
      (3) ☐ for default previously entered on *(date):*

2. Judgment to be entered.

| | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint | $  0.00 | $  0.00 | $  0.00 |
| b. Statement of damages * | | | |
| (1) Special | $  0.00 | $  0.00 | $  0.00 |
| (2) General | $  0.00 | $  0.00 | $  0.00 |
| c. Interest | $  0.00 | $  0.00 | $  0.00 |
| d. Costs *(see reverse)* | $  0.00 | $  0.00 | $  0.00 |
| e. Attorney fees | $  0.00 | $  0.00 | $  0.00 |
| f. TOTALS | $  0.00 | $  0.00 | $  0.00 |

   g. **Daily damages** were demanded in complaint at the rate of: $ 30.00    per day beginning *(date):* October 13, 2009
   *(* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)*

3. ☒ *(Check if filed in an unlawful detainer case)* Legal document assistant or unlawful detainer assistant information is on the reverse *(complete item 4)*.

Date: February 11, 2010

JASON W. SHORT, SBN 263667
_____    ►    _____
(TYPE OR PRINT NAME)                              (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

| | (1) ☐ Default entered as requested on *(date):* |
|---|---|
| FOR COURT<br>USE ONLY | (2) ☐ Default NOT entered as requested *(state reason):*<br>Including all tenants,<br>all tenants ... ants,<br>and othe ... ts of the preises<br>(CCP 415.46) |

Clerk, by _____, Deputy

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-100 [Rev. January 1, 2007]

**REQUEST FOR ENTRY OF DEFAULT**
**(Application to Enter Default)**
ORIGINAL

Page 1 of 2<br>Code of Civil Procedure<br>§§ 585-587, 1169<br>www.courtinfo.ca.gov

000019

| PLAINTIFF: | Federal Home Loan | CASE NUMBER: |
|---|---|---|
| DEFENDANT: | Juan M. Searcy, Beatriz S. Searcy, et al. | 39-2009-00227956-CL-UD-STK |

4. **Legal document assistant or unlawful detainer assistant** (Bus. & Prof. Code, § 6400 et seq.). A legal document assistant or unlawful detainer assistant ☐ did ☒ did not for compensation give advice or assistance with this form. *(If declarant has received any help or advice for pay from a legal document assistant or unlawful detainer assistant, state)*

   a. Assistant's name:                                c. Telephone no.:
   b. Street address, city, and zip code:              d. County of registration:
                                              e. Registration no.:
                                              f. Expires on *(date)*:

5. ☒ **Declaration under Code of Civil Procedure Section 585.5** *(required for entry of default under Code Civ. Proc., §585(a))*. This action

   a. ☐ is ☒ is not    on a contract or installment sale for goods and services subject to Civ. Code, § 1801 et seq. (Unruh Act).

   b. ☐ is ☒ is not    on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).

   c. ☐ is ☒ is not    on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing** (Code Civ. Proc., § 587). A copy of this *Request for Entry of Default* was

   a. ☐ not mailed to the following defendants, whose addresses are unknown to plaintiff or plaintiff's attorney *(names)*:

   b. ☒ mailed first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:

      (1) Mailed on *(date)*: February 11, 2010           (2) To *(specify names and address shown on the envelopes)*:

Juan M. Searcy
333 Franciscan Avenue
Stockton, CA 95210

Beatriz S. Searcy
333 Franciscan Avenue
Stockton, CA 95210

All Unknown Occupants In Care of
Juan M. Searcy, Beatriz S. Searcy
333 Franciscan Avenue
Stockton, CA 95210

Richard L. Angtognini
Law Offices of Richard L. Angtognini
819 I Street
Lincoln, CA 95648-1742

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.
Date: February 11, 2010

   JASON W. SHORT, SBN 263667
          (TYPE OR PRINT NAME)                 ►                      (SIGNATURE OF DECLARANT)

7. **Memorandum of costs** *(required if money judgment requested)*. Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):
   a. Clerk's filing fees .......................................... $ 0.00
   b. Process server's fees .................................... $ 0.00
   c. Other *(specify)*: ........................................... $ 0.00
   d. .................................................................... $ 0.00
   e. **TOTAL** ..................................................... $ 0.00
   f. ☐ Costs and disbursements are waived.
   g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date:

          (TYPE OR PRINT NAME)                 ►                      (SIGNATURE OF DECLARANT)

8. ☒ **Declaration of nonmilitary status** *(required for a judgment)*. No defendant named in item 1c of the application is in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (50 U.S.C. App. § 501 et seq.)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: February 11, 2010

   JASON W. SHORT, SBN 263667
          (TYPE OR PRINT NAME)                 ►                      (SIGNATURE OF DECLARANT)

**REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)

POS-010

| | | |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>William L. Partridge    SBN: 2601<br>PITE DUNCAN, LLP<br>4375 JUTLAND DRIVE, SUITE 200 P.O. BOX 17934<br>SAN DIEGO, CA 92177<br>  TELEPHONE NO.: (858) 750-7600    FAX NO.(Optional): (619) 590-1385<br>E-MAIL ADDRESS (Optional):<br>  ATTORNEY FOR (Name): **Plaintiff -** | | *FOR COURT USE ONLY*<br>Exh 1<br><br>FILED<br>10 FEB 19 PM 2:08<br>ROSA JUNIU.AL CLERK<br>BY<br>           DEPUTY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN**
  STREET ADDRESS: **222 E. WEBER AVE.**
  MAILING ADDRESS:
  CITY AND ZIP CODE: **STOCKTON, CA 95202-2709**
  BRANCH NAME: **STOCKTON BRANCH**

| | |
|---|---|
| PLAINTIFF/PETITIONER: **FEDERAL HOME LOAN** | CASE NUMBER: |
| DEFENDANT/RESPONDENT: **SEARCY** | **39-2009-00227956-CL-UD-STK** |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**000028-002518** |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:

     a. ☐  summons
     b. ☐  complaint
     c. ☐  Alternative Dispute Resolution (ADR) package
     d. ☐  Civil Case Cover Sheet *(served in complex cases only)*
     e. ☐  cross-complaint
     f. ☒  other *(specify documents):* **CIVIL CASE COVER SHEET; SUMMONS-UNLAWFUL DETAINER;**
               **COMPLAINT-UNLAWFUL DETAINER;PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

3. a. Party served *(specify name of party as shown on documents served):*
     **ALL UNKNOWN OCCUPANTS IN CARE OF NAMED DEFENDANT(S),JUAN M. SEARCY, BEATRIZ S.**
     **SEARCY**

     b. ☐  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a):*

4. Address where the party was served: **333 FRANCISCAN AVENUE**
                                **STOCKTON, CA 95210**

5. I served the party *(check proper box)*

     a. ☐  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*    (2) at *(time):*

     b. ☐  **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

         *(1)* ☐  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

         *(2)* ☒  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

         *(3)* ☐  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

         *(4)* ☐  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*                or ☒ a declaration of mailing is attached.

         *(5)* ☐  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

ORIGINAL

Form Approved for Mandatory Use                                  Page 1 of 2<br>
Judicial Council of California           **PROOF OF SERVICE OF SUMMONS**           Code of Civil Procedure, § 417.10<br>
POS-010 [Rev. January 1, 2007]                                  POS010-1/282518U3<br>
000021

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*          (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) *(Code Civ. Proc., § 415.30.)*

    (4) ☐ to an address outside California with return receipt requested. *(Code Civ. Proc., § 415.40.)*

d. ☒ **by other means** *(specify means of service and authorizing code section):*
**SERVICE MADE PURSUANT TO CCP 415.46 BY DELIVERING THE COPIES TO JUAN M. SEARCY COMPETENT MEMBER OF THE HOUSEHOLD ON 10/20/2009 AT 05:41 pm AND BY POSTING AND BY FIRST CLASS MAIL FROM SAN DIEGO TO ALL UNKNOWN OCCUPANTS IN CARE OF THE NAMED DEFENDANT ON 10/21/2009.**

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☒ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify):*
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)            ☒ 415.46 (occupant)
                            ☐ other:

7. **Person who served papers**
  a. Name: **SANDRA M. MACIAS**
  b. Address: **3500 Fifth Ave. San Diego, CA 92103**
  c. Telephone number: **(619) 299-2012**
  d. The fee for service was: $ **57.50**
  e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
        (i) ☐ owner   ☐ employee   ☐ independent contractor.
        (ii) Registration No.: **118**
        (iii) County: **MERCED**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

    Date: **10/22/2009**
    **Advanced Attorney Services, Inc.**
    **3500 Fifth Ave.**
    **San Diego, CA 92103**
    **(619) 299-2012**

    **SANDRA M. MACIAS**
    (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)          (SIGNATURE)

    ORIGINAL

<table>
<tr><td>
ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address)<br>
William L. Partridge      SBN: 2601<br>
PITE DUNCAN, LLP<br>
4375 JUTLAND DRIVE, SUITE 200 P.O. BOX 17934<br>
SAN DIEGO, CA 92177<br>
  TELEPHONE NO.: (858) 750-7600     FAX NO.: (619) 590-1385<br>
E-MAIL ADDRESS (Optional):<br>
  ATTORNEY FOR (Name): Plaintiff -
</td>
<td>
FOR COURT USE ONLY<br>
Exh 1<br><br>
FILED<br>
10 FEB 19 PM 2:08<br>
ROSA... CLERK<br>
BY _____ DEPUTY
</td></tr>
</table>

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN**

STREET ADDRESS: **222 E. WEBER AVE.**

MAILING ADDRESS:

CITY AND ZIP CODE: **STOCKTON, CA 95202-2709**

BRANCH NAME: **STOCKTON BRANCH**

PLAINTIFF/PETITIONER: **FEDERAL HOME LOAN**

DEFENDANT/RESPONDENT: **SEARCY**

| **PROOF OF SERVICE BY MAIL** | CASE NUMBER:<br>39-2009-00227956-CL-UD-STK |
|---|---|

I am a citizen of the United States and employed in the County of MERCED, State of California. I am over the age of 18 and not a party to this action. My business address is 3500 Fifth Ave., San Diego, CA 92103.

On October 21, 2009, I caused copies of the following documents to be mailed via first class mail, per CCP 415.46.

    CIVIL CASE COVER SHEET; SUMMONS-UNLAWFUL DETAINER; COMPLAINT-UNLAWFUL DETAINER;PREJUDGMENT CLAIM OF RIGHT TO POSSESSION

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SAN DIEGO, California, addressed as follows:

        ALL UNKNOWN OCCUPANTS IN CARE OF NAMED DEFENDANT(S),JUAN M. SEARCY, BEATRIZ S. SEARCY<br>
        333 FRANCISCAN AVENUE<br>
        STOCKTON, CA 95210

I am readily familiar with the firm's practice for collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

Fee for Service: 57.50

ORIGINAL

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 21, 2009.

Signature: _____

         RICH MERICLE

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| WILLIAM L. PARTRIDGE, SBN 260166<br>JASON W. SHORT, SBN 263667<br>PITE DUNCAN, LLP ,<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17934, San Diego, CA 92177-0943<br>TELEPHONE NO.: (858) 750-7600   FAX NO. *(Optional)*: (619) 590-1385<br>EMAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*:   Federal Home Loan | FILED<br>10 FEB -9 PH 1:59<br>ROSA JUNGUEIRO CLERK<br>*[signature]*<br>DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN
STREET ADDRESS: 222 East Weber Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Stockton, CA 95202-2709
BRANCH NAME: County of San Joaquin - Stockton Branch

PLAINTIFF/PETITIONER: Federal Home Loan

DEFENDANT/RESPONDANT: Juan M. Searcy, Beatriz S. Searcy, et al.

| REQUEST FOR<br>(Application) | ☒ Entry of Default<br>☐ Court Judgment | ☐ Clerk's Judgment | CASE NUMBER:<br>39-2009-00227956-CL-UD-STK |
|---|---|---|---|

1. **TO THE CLERK: On the complaint or cross-complaint filed**
   a. on *(date)*: October 16, 2009
   b. by *(name)*: Federal Home Loan Mortgage Corporation, its successors and/or assigns

   c. ☒ Enter default of defendant *(names)*: All Unknown Occupants In Care of Juan M. Searcy, Beatriz S. Searcy

   d. ☐ I request a court judgment under code of Civil Procedure sections 585(b), 585 (c), 989, etc., against defendant *(names)*:

   *(Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)*
   e. ☐ Enter clerk's judgment
      (1) ☐ for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169).
         ☐ Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The *Prejudgment Claim of Right to Possession* was served in compliance with Code of Civil Procedure section 415.46.
      (2) ☐ under Code of Civil Procedure section 585(a). *(Complete the declaration under Code Civ. Proc., §585.5 on the reverse (item 5).)*
      (3) ☐ for default previously entered on *(date)*:

2. **Judgment to be entered.** | | **Amount** | **Credits acknowledged** | **Balance** |
|---|---|---|---|
| a. Demand of complaint | $ 0.00 | $ 0.00 | $ 0.00 |
| b. Statement of damages * | | | |
| (1) Special | $ 0.00 | $ 0.00 | $ 0.00 |
| (2) General | $ 0.00 | $ 0.00 | $ 0.00 |
| c. Interest | $ 0.00 | $ 0.00 | $ 0.00 |
| d. Costs *(see reverse)* | $ 0.00 | $ 0.00 | $ 0.00 |
| e. Attorney fees | $ 0.00 | $ 0.00 | $ 0.00 |
| f. TOTALS | $ 0.00 | $ 0.00 | $ 0.00 |

   g. Daily damages were demanded in complaint at the rate of: $ 30.00   per day beginning *(date)*: October 13, 2009
   (* *Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.*)

3. ☒ *(Check if filed in an unlawful detainer case)* Legal document assistant or unlawful detainer assistant information is on the reverse *(complete item 4).*

Date: February 4, 2010

JASON W. SHORT, SBN 263667
(TYPE OR PRINT NAME)                    ► *[signature]*
                                       (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

| FOR COURT<br>USE ONLY | (1) ☐ Default entered as requested on *(date)*:<br>(2) ☐ Default NOT entered as requested *(state reason)*: | |
|---|---|---|
| ☑ | Include in the judgement und... ROSA JUNGUEIRO... Clerk, by *[signature]* Deputy<br>all tenants, subtenants...  ...TS of the pre... | |

Form Adopted for Mandatory Use
Judicial Council of California
CIV-100 [Rev. January 1, 2007]

**REQUEST FOR ENTRY OF DEFAULT**
**(Application to Enter Default)**

Code of Civil Procedure
§§ 585-587, 1169
www.courtinfo.ca.gov

000032

| PLAINTIFF: | Federal Home Loan | **CASE NUMBER:**<br>**39-2009-00227956-CL-UD-STK** |
|---|---|---|
| DEFENDANT: | Juan M. Searcy, Beatriz S. Searcy, et al. | |

4. **Legal document assistant or unlawful detainer assistant** (Bus. & Prof. Code, § 6400 et seq.). A legal document assistant or unlawful detainer assistant ☐ did ☒ did not for compensation give advice or assistance with this form. *(If declarant has received any help or advice for pay from a legal document assistant or unlawful detainer assistant, state)*

    a. Assistant's name:
    b. Street address, city, and zip code:

    c. Telephone no.:
    d. County of registration:
    e. Registration no.:
    f. Expires on *(date)*:

5. ☒ **Declaration under Code of Civil Procedure Section 585.5** *(required for entry of default under Code Civ. Proc., §585(a))*.
    **This action**
    a. ☐ is ☒ is not on a contract or installment sale for goods and services subject to Civ. Code, § 1801 et seq. (Unruh Act).
    b. ☐ is ☒ is not on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).
    c. ☐ is ☒ is not on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing** (Code Civ. Proc., § 587). A copy of this *Request for Entry of Default* was
    a. ☐ not mailed to the following defendants, whose addresses are unknown to plaintiff or plaintiff's attorney *(names)*:

    b. ☒ mailed first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:

        (1) Mailed on *(date)*: February 4, 2010      (2) To *(specify names and address shown on the envelopes)*:

| | |
|---|---|
| Juan M. Searcy<br>333 Franciscan Avenue<br>Stockton, CA 95210 | All Unknown Occupants In Care of<br>Juan M. Searcy, Beatriz S. Searcy<br>333 Franciscan Avenue<br>Stockton, CA 95210 |
| Beatriz S. Searcy<br>333 Franciscan Avenue<br>Stockton, CA 95210 | Richard L. Angtognini<br>Law Offices of Richard L. Angtognini<br>819 I Street<br>Lincoln, CA 95648-1742 |

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.

Date: February 4, 2010

JASON W. SHORT, SBN 263667
      (TYPE OR PRINT NAME)         ▶          (SIGNATURE OF DECLARANT)

7. **Memorandum of costs** *(required if money judgment requested)*. Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):
    a. Clerk's filing fees .................................... $ 0.00
    b. Process server's fees ................................. $ 0.00
    c. Other *(specify)*:................................. $ 0.00
    d. ............................................... $ 0.00
    e. **TOTAL** ...................................... $ 0.00
    f. ☐ Costs and disbursements are waived.
    g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

      (TYPE OR PRINT NAME)        ▶         (SIGNATURE OF DECLARANT)

8. ☒ **Declaration of nonmilitary status** *(required for a judgment)*. No defendant named in item 1c of the application is in the military service so as to be entitled to the benefits of the Servicemembers Civil Relief Act (50 U.S.C. App. § 501 et seq.)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 4, 2010

JASON W. SHORT, SBN 263667
      (TYPE OR PRINT NAME)        ▶         (SIGNATURE OF DECLARANT)

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>William E. Partridge                  SBN: 2601<br>PITE DUNCAN, LLP<br>4375 JUTLAND DRIVE, *SUITE 200* P.O. BOX 17934<br>SAN DIEGO, CA 92177<br>TELEPHONE NO: **(858) 750-7600**     FAX NO.*(Optional):*   **(619) 590-1385**<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* **Plaintiff -** | FOR COURT USE ONLY<br>**Exh 1**<br><br>FILED<br>10 FEB -9<br>ROSA Martinez<br>BY _____ DEPUTY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF **SAN JOAQUIN**<br>STREET ADDRESS: **222 E. WEBER AVE.**<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: **STOCKTON, CA 95202-2709**<br>BRANCH NAME: **STOCKTON BRANCH** | |
| PLAINTIFF/PETITIONER: **FEDERAL HOME LOAN**<br>DEFENDANT/RESPONDENT: **SEARCY** | CASE NUMBER:<br>**39-2009-00227956-CL-UD-STK** |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**000028-002518** |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents):* **CIVIL CASE COVER SHEET; SUMMONS-UNLAWFUL DETAINER;**
      **COMPLAINT-UNLAWFUL DETAINER; PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

3. a. Party served *(specify name of party as shown on documents served):*
      **JUAN M. SEARCY**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a):*

4. Address where the party was served: **333 FRANCISCAN AVENUE**
   **STOCKTON, CA 95210**

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **10/20/2009** (2) at *(time):* **05:41 pm**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*     **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | | |
|---|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>POS-010-1/282518U1 |

000026

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in Item 2 to the party, to the address shown in Item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                            (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

5. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☒ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☐ On behalf of *(specify):*
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)               ☐ 415.46 (occupant)
                                       ☐ other:

7. **Person who served papers**
    a. Name: **SANDRA M. MACIAS**
    b. Address: **3500 Fifth Ave. San Diego, CA 92103**
    c. Telephone number: **(619) 299-2012**
    d. The fee for service was: **$ 187.45**
    e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
        (i) ☐ owner   ☐ employee   ☐ independent contractor.
        (ii) Registration No.: **118**
        (iii) County: **MERCED**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

    Date: **10/22/2009**
    Advanced Attorney Services, Inc.
    3500 Fifth Ave.
    San Diego, CA 92103
    (619) 299-2012

**SANDRA M. MACIAS**          ▶
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)            (SIGNATURE)

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State ~~~~ mber, and address)*
William L. Partridge      SBN: 26016
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200 P.O. BOX 17934
SAN DIEGO, CA 92177
    TELEPHONE NO.: (858) 750-7600     FAX NO.(Optional):   (619) 590-1385
E-MAIL ADDRESS (Optional):
   ATTORNEY FOR (Name): Plaintiff -

**FOR COURT USE ONLY**

Exh 1

FILED

09 FEB -9 PM 1:59

ROSA ~~~~ ~~~~ CLERK

~~~~ Martinez

DEPUTY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN**
   STREET ADDRESS: 222 E. WEBER AVE.
   MAILING ADDRESS:
   CITY AND ZIP CODE: STOCKTON, CA 95202-2709
   BRANCH NAME: STOCKTON BRANCH

PLAINTIFF/PETITIONER: **FEDERAL HOME LOAN**

DEFENDANT/RESPONDENT: **SEARCY**

CASE NUMBER:
**39-2009-00227956-CL-UD-STK**

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:
**000028-002518**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   - a. ☐ summons
   - b. ☐ complaint
   - c. ☐ Alternative Dispute Resolution (ADR) package
   - d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   - e. ☐ cross-complaint
   - f. ☒ other *(specify documents):* **CIVIL CASE COVER SHEET; SUMMONS-UNLAWFUL DETAINER; COMPLAINT-UNLAWFUL DETAINER;PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

3. a. Party served *(specify name of party as shown on documents served):*
   **BEATRIZ S. SEARCY**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a):*

4. Address where the party was served: **333 FRANCISCAN AVENUE STOCKTON, CA 95210**

5. I served the party *(check proper box)*
   - a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*   (2) at *(time):*

   - b. ☒ **by substituted service.** On *(date):* 10/20/2009 at *(time):* 05:41 pm I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
   **JUAN M. SEARCY, CO-TENANT**

     - (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

     - (2) ☒ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

     - (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

     - (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*     **or** ☒ a declaration of mailing is attached.

     - (5) ☒ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS-010-1/282518U2

000028

| PLAINTIFF/PETITIONER: **FEDERAL H( )E LOAN** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **SEARCY** | 39-2009-00227956-CL-UD-STK |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*           (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☒ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify):*

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
  a. Name: **SANDRA M. MACIAS**
  b. Address: **3500 Fifth Ave. San Diego, CA 92103**
  c. Telephone number: **(619) 299-2012**
  d. The fee for service was: $ **57.50**
  e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
        (i) ☐ owner    ☐ employee    ☐ independent contractor.
        (ii) Registration No.: **118**
        (iii) County: **MERCED**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

    Date: **10/22/2009**
    **Advanced Attorney Services, Inc.**
    **3500 Fifth Ave.**
    **San Diego, CA 92103**
    **(619) 299-2012**

    **SANDRA M. MACIAS**       ▶        (SIGNATURE)
    (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

William L. Partridge      SBN: 26016
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200 P.O. BOX 17934
SAN DIEGO, CA 92177
TELEPHONE NO.: **(858) 750-7600**     FAX NO.: **(619) 590-1385**
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): **Plaintiff -**

FOR COURT USE ONLY
Exh 1

FILED
10 FEB -9 ... ...
BY _____ DEPUTY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN**

STREET ADDRESS: **222 E. WEBER AVE.**
MAILING ADDRESS:
CITY AND ZIP CODE: **STOCKTON, CA 95202-2709**
BRANCH NAME: **STOCKTON BRANCH**

PLAINTIFF/PETITIONER: **FEDERAL HOME LOAN**

DEFENDANT/RESPONDENT: **SEARCY**

CASE NUMBER:
**39-2009-00227956-CL-UD-STK**

### DECLARATION OF DILIGENCE

I received the within assginment for filing and/or service on October 14, 2009 and that after due and diligent effort I have been able to serve said person. The following itemization includes, but is not limited to, the date(s) and time(s) service was attempted on this servee.

Servee: **BEATRIZ S. SEARCY**

Documents: **CIVIL CASE COVER SHEET; SUMMONS-UNLAWFUL DETAINER; COMPLAINT-UNLAWFUL DETAINER;PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

Address: **333 FRANCISCAN AVENUE**
**STOCKTON, CA 95210**

As enumerated below:

**10/17/2009 -- 07:59 am**
No answer at door.

**10/18/2009 -- 05:55 pm**
No answer at door.

**10/19/2009 -- 08:25 pm**
No answer at door.

**10/20/2009 -- 05:41 pm**
Substituted Service. Recipient instructed to deliver documents to named party.

County: **MERCED**
Registration No.: **118**
**Advanced Attorney Services, Inc.**
**3500 Fifth Ave.**
**San Diego, CA 92103**
**(619) 299-2012**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **February 8, 2010** at **San Diego**, California.

Signature: _____
**SANDRA M. MACIAS**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| William L. Partridge  SBN: 26016 | | Exh 1 |

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State number, and address)*
William L. Partridge                    SBN: 26016
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200 P.O. BOX 17934
SAN DIEGO, CA 92177
  TELEPHONE NO.: (858) 750-7600          FAX NO.: (619) 590-1385
E-MAIL ADDRESS *(Optional)*:
  ATTORNEY FOR *(Name)*: Plaintiff -

**FOR COURT USE ONLY**
Exh 1

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN
  STREET ADDRESS: 222 E. WEBER AVE.
  MAILING ADDRESS:
  CITY AND ZIP CODE: STOCKTON, CA 95202-2709
  BRANCH NAME: STOCKTON BRANCH

PLAINTIFF/PETITIONER: FEDERAL HOME LOAN

DEFENDANT/RESPONDENT: SEARCY

**PROOF OF SERVICE BY MAIL**

CASE NUMBER:
39-2009-00227956-CL-UD-STK

I am a citizen of the United States and employed in the County of MERCED, State of California. I am over the age of 18 and not a party to this action. My business address is 3500 Fifth Ave., San Diego, CA 92103.

On October 21, 2009, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

CIVIL CASE COVER SHEET; SUMMONS-UNLAWFUL DETAINER; COMPLAINT-UNLAWFUL DETAINER;PREJUDGMENT CLAIM OF RIGHT TO POSSESSION

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SAN DIEGO, California, addressed as follows:

BEATRIZ S. SEARCY
333 FRANCISCAN AVENUE
STOCKTON, CA 95210

I am readily familiar with the firm's practice for collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

Fee for Service: 57.50

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 21, 2009.

Signature: _____
RICH MERICLE

**PROOF OF SERVICE BY MAIL**

000031
Order#: 282518U2/GProof5

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State ; mber, and address)* | FOR COURT USE ONLY |
|---|---|
| William L. Partridge     SBN: 2601   <br> PITE DUNCAN, LLP <br> 4375 JUTLAND DRIVE, SUITE 200 P.O. BOX 17934 <br> SAN DIEGO, CA 92177 <br> TELEPHONE NO.:(858) 750-7600    FAX NO.*(Optional)*: (619) 590-1385 <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: **Plaintiff -** | **Exh 1** <br><br> FILED <br> ..FEB -9 P: 2:00 <br> DEPUTY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN**

STREET ADDRESS: **222 E. WEBER AVE.**

MAILING ADDRESS:

CITY AND ZIP CODE: **STOCKTON, CA 95202-2709**

BRANCH NAME: **STOCKTON BRANCH**

| PLAINTIFF/PETITIONER: **FEDERAL HOME LOAN** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **SEARCY** | **39-2009-00227956-CL-UD-STK** |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> **000028-002518** |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents):* **CIVIL CASE COVER SHEET; SUMMONS-UNLAWFUL DETAINER; COMPLAINT-UNLAWFUL DETAINER;PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

3. a. Party served *(specify name of party as shown on documents served):*
   **ALL UNKNOWN OCCUPANTS IN CARE OF NAMED DEFENDANT(S),JUAN M. SEARCY, BEATRIZ S. SEARCY**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a):*

4. Address where the party was served: **333 FRANCISCAN AVENUE
   STOCKTON, CA 95210**

5. I served the party *(check proper box)*

   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*    (2) at *(time):*

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

   *(1)* ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☒ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*      or ☒ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Approved for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

000032

POS010-1/282518U3

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*          (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☒ **by other means** *(specify means of service and authorizing code section):*
SERVICE MADE PURSUANT TO CCP 415.46 BY DELIVERING THE COPIES TO JUAN M. SEARCY COMPETENT MEMBER OF THE HOUSEHOLD ON 10/20/2009 AT 05:41 pm AND BY POSTING AND BY FIRST CLASS MAIL FROM SAN DIEGO TO ALL UNKNOWN OCCUPANTS IN CARE OF THE NAMED DEFENDANT ON 10/21/2009.

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☒ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify):*
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)     ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)     ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)     ☒ 415.46 (occupant)
                   ☐ other:

7. **Person who served papers**
  a. Name: **SANDRA M. MACIAS**
  b. Address: **3500 Fifth Ave. San Diego, CA 92103**
  c. Telephone number: **(619) 299-2012**
  d. **The fee** for service was: **$ 57.50**
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ registered California process server:
      (i) ☐ owner     ☐ employee     ☐ independent contractor.
      (ii) Registration No.: **118**
      (iii) County: **MERCED**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

    Date: **10/22/2009**
    Advanced Attorney Services, Inc.
    3500 Fifth Ave.
    San Diego, CA 92103
    (619) 299-2012

    **SANDRA M. MACIAS**        ▶
    (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        (SIGNATURE)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State :* *'mber, and address)* | | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State :* *'mber, and address)*
William L. Partridge       SBN: 2601t
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200 P.O. BOX 17934
SAN DIEGO, CA 92177
   TELEPHONE NO.: **(858) 750-7600**     FAX NO.: **(619) 590-1385**
E-MAIL ADDRESS *(Optional):*
   ATTORNEY FOR *(Name):* **Plaintiff -**

FOR COURT USE ONLY

FILED
10 FEB -9 10 9 10

ROSA JU MARTINER
DEPUTY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN**
   STREET ADDRESS: **222 E. WEBER AVE.**
   MAILING ADDRESS:
   CITY AND ZIP CODE: **STOCKTON, CA 95202-2709**
   BRANCH NAME: **STOCKTON BRANCH**

PLAINTIFF/PETITIONER: **FEDERAL HOME LOAN**

DEFENDANT/RESPONDENT: **SEARCY**

| **PROOF OF SERVICE BY MAIL** | CASE NUMBER:<br>**39-2009-00227956-CL-UD-STK** |
|---|---|

I am a citizen of the United States and employed in the County of MERCED, State of California. I am over the age of 18 and not a party to this action. My business address is 3500 Fifth Ave., San Diego, CA 92103.

On October 21, 2009, I caused copies of the following documents to be mailed via first class mail, per CCP 415.46.

     **CIVIL CASE COVER SHEET; SUMMONS-UNLAWFUL DETAINER; COMPLAINT-UNLAWFUL DETAINER; PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SAN DIEGO, California, addressed as follows:

     **ALL UNKNOWN OCCUPANTS IN CARE OF NAMED DEFENDANT(S), JUAN M. SEARCY, BEATRIZ S. SEARCY**
     **333 FRANCISCAN AVENUE**
     **STOCKTON, CA 95210**

I am readily familiar with the firm's practice for collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

Fee for Service: 57.50

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 21, 2009.

Signature: _____
     RICH MERICLE

**PROOF OF SERVICE BY MAIL**

1    RICHARD L. ANTOGNINI (SBN 075711)
2    **LAW OFFICES OF RICHARD L. ANTOGNINI**
     819 I Street
3    Lincoln, California 95648-1742
     Telephone:   (916) 645-7278
4    Facsimile:    (916) 290-0539
     E-Mail:      rlalawyer@yahoo.com
5

6    Attorneys for Defendants
     JUAN M. SEARCY and BEATRIZ S.SEARCY
7

FILED

09 OCT 26 PM 2:01

ROS         CLERK

BY _____
         DEPUTY

8

        **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9         **COUNTY OF SAN JOAQUIN-STOCKTON BRANCH**

10

11    FEDERAL HOME LOAN MORTGAGE          Case No.: 39-2009-00227956-CL-UD-STK
     CORPORATION, its successors and/or assigns,

12                          **ANSWER TO COMPLAINT FOR**
         Plaintiff,                  **UNLAWFUL DETAINER AND MONEY**
13                          **DAMAGES**

14         vs.

     JUAN M. SEARCY, BEATRIZ S. SEARCY,
15    and DOES I through X, inclusive,

16         Defendants.                       $410^{00}$ #95390

17

18        Defendants JUAN M. SEARCY and BEATRIZ S. SEARCY (or "defendants") answer

19    plaintiff's Complaint as follows:

20       1.      Defendants deny the allegations of paragraph 1 of the Complaint.

21       2.      Defendants admit the property is located within San Joaquin County. With that
22

23    exception, defendants deny the allegations of paragraph 2 of the Complaint.

24       3.      Defendants admit the allegations of paragraph 3 of the Complaint.

25       4.      Defendants deny the allegations of paragraph 4 of the Complaint.

26       5.      Defendants deny the allegations of paragraph 5 of the Complaint.
27

28       6.      Defendants deny the allegations of paragraph 6 of the Complaint.

      7.      Defendants deny the allegations of paragraph 7 of the Complaint.

8.   Defendants deny the allegations of paragraph 8 of the Complaint.

9.   Defendants deny denies the allegations of paragraph 9 of the Complaint.

10.  Defendants deny denies the allegations of paragraph 10 of the Complaint.

11.  Defendants deny denies the allegations of paragraph 11 of the Complaint.

12.  Defendants deny that plaintiff is entitled to any of the relief that it seeks in its Prayer for Relief.

### FIRST AFFIRMATIVE DEFENSE

13.  Plaintiff has failed to state a cause of action.

### SECOND AFFIRMATIVE DEFENSE

14.  Plaintiff wrongfully foreclosed on the property because it did not comply with the California foreclosure statutes, specifically, Civil Code section 2923.5. In addition, plaintiff did not comply with other parts of the foreclosure statutes, Civil Code sections 2923 et seq.

### THIRD AFFIRMATIVE DEFENSE

15.  Plaintiff's claims are barred by the doctrine of waiver.

### FOURTH AFFIRMATIVE DEFENSE

16.  Plaintiff is not the owner of the property.

### FIFTH AFFIRMATIVE DEFENSE

17.  Plaintiff is not entitled to any equitable relief, including an award of possession of the property, because it acted with unclean hands.

### SIXTH AFFIRMATIVE DEFENSE

18.  Plaintiff's claims are barred by the doctrine of estoppel.

## SEVENTH AFFIRMATIVE DEFENSE

19.    Plaintiff's claims are barred because plaintiff, or its predecessor in interest, Wells Fargo Home Mortgage, committed fraud against defendants or made negligent representations.

## EIGHTH AFFIRMATIVE DEFENSE

20.    Plaintiff's claims are barred because either plaintiff or Wells Fargo Home Mortgage violated federal regulations, including regulations pertaining to the Making Home Affordable Program, by foreclosing on defendants' home.

WHEREFORE, defendants JUAN M. SEARCY and BEATRIZ S. SEARCY ask for judgment as follows:

1.    That Plaintiff's Complaint be dismissed with prejudice as against them;

2.    That they retain possession and ownership of the property located at 333 Franciscan Avenue, Stockton, California;

3.    That they be awarded their reasonable attorney's fees in defending this action;

4.    That they be awarded their costs in this action;

5.    For such other relief as the Court deems proper.

Dated:    October 26, 2009            LAW OFFICES OF RICHARD L. ANTOGNINI

By: _____
        Richard L. Antognini
        Attorneys for Defendants
        JUAN M. SEARCY and BEATRIZ S. SEARCY

Federal Home Loan Mortgage Corp. v. Searcy
Case No. 39-2009-00227956-CL-UD-STK

FILED
09 OCT 26 PM 2: 01
ROSA JUNQUEIRO, CLERK
BY _____ DEPUTY

## PROOF OF SERVICE
### [CCP Section 1013(a); 2015.5]

    I am a resident of the United States and the Stated of California. I am employed in the County of Placer. I am over the age of 18 and not a party to the within action; my business address is 819 I Street, Lincoln, California 95648.

    On October 26, 2009, I served the documents listed below on interested parties in this action by placing a true copy in a sealed envelope addressed as follows:

Jason W. Short, Esq.                      Counsel for Plaintiff
William L. Partridge, Esq.
Pite Duncan, LLP
P.O. Box 17934
San Diego, CA 92177-0934

## X  VIA U.S. MAIL

    List of Documents Served:

    ANSWER TO COMPLAINT FOR UNLAWFUL DETAINER

    I deposited such envelope(s) in the mail at Lincoln, California. The envelope was mailed with postage fully prepaid. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage fully prepaid at Lincoln, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing of affidavit. (CCP §§ 1012, 1013 and 1013(a)).

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 26, 2009, at Lincoln, California.

_____
Richard L. Antognini

---

ANSWER TO COMPLAINT FOR UNLAWFUL DETAINER    Case No. 39-2009-00227956-CL-UD-STK
— 5 -

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN**

Stockton
222 E Weber Avenue
Stockton, CA 95202

SHORT TITLE: FEDERAL HOME LOAN MORTGAGE VS. SEARCY

| **NOTICE THAT YOU HAVE BEEN SUED**<br>**Limited Civil- Unlawful Detainer** | CASE NUMBER:<br>**39-2009-00227956-CL-UD-STK** |
|---|---|

A lawsuit has been filed against you by your landlord or the owner of the property where you live. YOU MAY BE EVICTED AS A RESULT OF THIS LAWSUIT.

Under the law, a limited number of people can look at the court records about this case for the next 60 days. These include the court index, register of actions, and other court records. You, your lawyer (if you have one), your landlord or property owner, and his or her attorney can view this information. The court file can also be seen by any other person who can

(1) tell the court clerk the name of one plaintiff (the person suing you) and one defendant (you or any other tenant). That person must also tell the court clerk your address, including the apartment, unit, or space number, or

(2) tell the court clerk the name of the plaintiff (the person suing you) or a defendant (usually a tenant) in this lawsuit, or the case number and can show proper identification that proves that he or she lives at the address described in the complaint, or

(3) if the person wanting to view the file gets an order from a judge (this may be done without a court hearing).

**COURT STAFF CANNOT GIVE YOU LEGAL ADVICE. FOR LEGAL ADVICE, YOU MAY CALL:**
**PARA CONSEJO LEGAL EN SU CASO, USTED PUEDE LLAMAR:**

**San Joaquin County Bar Association - (209) 948-4620**

**California Rural Legal Assistance - (209) 946-0605 (Low Income Requirement)**

**Page: 1**

**NOTICE THAT YOU HAVE BEEN SUED**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN**

Stockton
222 E Weber Avenue
Stockton, CA 95202

**SHORT TITLE:** FEDERAL HOME LOAN MORTGAGE VS. SEARCY

| CLERK'S CERTIFICATE OF SERVICE BY MAIL | CASE NUMBER: 39-2009-00227956-CL-UD-STK |
|---|---|

I certify that I am not a party to this cause. I certify that a true copy of Notice that you have been sued was mailed following standard court practices in a sealed envelope with postage fully prepaid, addressed as indicated below. The mailing and this certification occurred at Stockton, California, on 10/19/2009.

Clerk of the Court, by: *Lisa J Guerrero* _____, Deputy

All Occupants
333 Franciscan Avenue
Stockton, California 95210

Beatriz S Searcy
333 Franciscan Avenue
Stockton, California 95210

Juan M Searcy
333 Franciscan Avenue
Stockton, California 95210

---

**CLERK'S CERTIFICATE OF SERVICE BY MAIL**

V3 1013a (June 2004)

Code of Civil Procedure , § CCP1013(a)

Exh 1

**SUMMONS**

**(CITACION JUDICIAL)**

**UNLAWFUL DETAINER—EVICTION**

**(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)**

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
SUPERIOR COURT - STOCKTON

2009 OCT 16 AM 10: 07

ROSA JUNQUEIRO, CLERK

_____
DEPUTY

**NOTICE TO DEFENDANT:**    Juan M. Searcy, Beatriz S. Searcy and Does I
**(AVISO AL DEMANDADO):**    through X, Inclusive

**YOU ARE BEING SUED BY THE PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

Federal Home Loan Mortgage Corporation, Its Successors and/or Assigns

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días fenados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov), o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| 1. The name and address of the court is:<br>(El nombre y dirección de la corte es): | Superior Court of California<br>County of San Joaquin - Stockton Branch<br>222 East Weber Avenue<br>Stockton, CA 95202-2709 | CASE NUMBER:<br>(Número del caso):<br><br>39-2009-00227956-CL-UD-STK |
|---|---|---|

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
WILLIAM L. PARTRIDGE, SBN 260166    4375 Jutland Drive, Suite 200    (phone): (858) 750-7600
JASON W. SHORT, SBN 263667    P.O. Box 17934, San Diego, CA 92177    (fax): (619) 590-1385

3. (Must be answered in all cases) An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400—6415) ☒ did not ☐ did for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)

Date: OCT 16 2009    ROSA JUNQUEIRO      Clerk, by _____ , Deputy
(Fecha)                                    (Secretario)                              (Adjunto)
(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citation use el formulario Proof of Service of Summons, (form POS-010).)

[SEAL]

4. NOTICE TO THE PERSON SERVED: You are served
   a. ☐ as an individual defendant
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ as an occupant
   d. ☐ on behalf of (specify):
       under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
               ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
               ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
               ☐ CCP 415.46 (occupant)       ☐ Other (specify):
5. ☐ by personal delivery on (date):

VIA FAX

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courtinfo.ca.gov

10/14/2009  ADVANCED ATTORNEY SERVICES FAX 619-299-5058

PLAINTIFF (*Name*): Federal Home Loan

CASE NUMBER:

DEFENDANT (*Name*): Juan M. Searcy, *Beatriz S. Searcy*, et al

6. **Unlawful detainer assistant** (*complete if plaintiff has received any help or advise for pay from an unlawful detainer assistant*):
   a. Assistant's name:
   b. Telephone no.:
   c. Street address, city, and zip:

   d. County of registration:
   e. Registration no.:
   f. Registration expires on (*date*):

Exh 1
10

1  WILLIAM L. PARTRIDGE, SBN 260166
   JASON W. SHORT, SBN 263667
2  Pite Duncan, LLP
   4375 Jutland Drive
3  Suite 200, P.O. Box 17934
   San Diego, CA 92177-0934
4  Telephone: (858) 750-7600
   Facsimile: (619) 590-1385
5

6  Attorneys for Plaintiff FEDERAL HOME LOAN MORTGAGE CORPORATION, its
7  successors and/or assigns

FILED
SUPERIOR COURT-STOCKTON

2009 OCT 16 AM 10: 07

ROSA JUNQUEIRO, CLERK

BY _____ DEPUTY

VIA FAX
# 220 # 9385

8
9                SUPERIOR COURT OF THE STATE OF CALIFORNIA

10               COUNTY OF SAN JOAQUIN - STOCKTON BRANCH

11  FEDERAL HOME LOAN MORTGAGE          CIVIL ACTION NO. 89-2009-00227956-
12  CORPORATION, its successors and/or                    CL UD-
    assigns                             STK
13
                                        COMPLAINT FOR UNLAWFUL
                 Plaintiff(s),          DETAINER AND MONEY DAMAGES
14
    vs.                                 AMOUNT DEMANDED DOES NOT
15  JUAN M. SEARCY, BEATRIZ S. SEARCY,  EXCEED $10,000
    and DOES I through X, inclusive,
16                                      LIMITED CIVIL CASE
                 Defendant(s).
17

18      Plaintiff, Federal Home Loan Mortgage Corporation, its successors and/or assigns

19  ("Plaintiff") alleges:

20               **CAUSE OF ACTION FOR UNLAWFUL DETAINER**

21                      **AND MONEY DAMAGES**

22      Plaintiff is entitled to the possession of, and is the owner of record of a parcel of real

23  property (hereinafter "property") and the dwelling thereon located at 333 Franciscan Avenue,

24  Stockton, CA 95210, more particularly described as follows:

25      LOT 261, AS SHOWN ON THAT CERTAIN MAP ENTITLED, TRACT NO. 851,
        FRANCISCAN PLAZA UNIT NO. 6 FILED FOR RECORD IN BOOK 18 OF
26      MAPS AND PLATS, PAGE 19, SAN JOAQUIN COUNTY RECORDS. EXCEPT
        THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON
27      SUBSTANCES BELOW A DEPTH OF 500 FEET FROM THE SURFACE OF
        SAID LAND, WITHOUT THE RIGHT OF SURFACE ENTRY.
28

-1-

000043

Exh 1

1  The property is located within the above-referenced Judicial District and County.

2         The true names and capacities, whether individual, corporate, associate or otherwise

3  of the Defendants named herein as DOES I through X in occupancy are unknown to Plaintiff, who

4  therefore sues said Defendants by such fictitious names. Plaintiff will amend this Complaint to show

5  the true names and capacities of such DOE Defendants when they have been ascertained.

6         Defendant(s), and each of them, are currently in possession of and occupying the

7  property.

8         Plaintiff purchased the property at a Trustee's Sale held on July 30, 2009. Plaintiff's

9  title has been duly perfected.

10        Plaintiff has duly recorded the Trustee's Deed Upon Sale, a copy of which is attached

11 hereto as exhibit "1" and incorporated herein as if set forth in full.

12   6.   Defendant(s) were served a 3-Day Written Notice To Vacate on

13 October 6, 2009. A copy of the written notice is attached hereto as exhibit "2" and incorporated

14 herein as if set forth in full. Said service was made in compliance with Section 1162 Code of

15 Civil Procedure.

16   7.   The Defendant(s) failed to comply with the requirements of the 3-Day Written

17 Notice to Vacate, which expired on October 12, 2009.

18   8.   The Defendant(s) continue in possession of the property unlawfully after

19 expiration of the Written 3-Day Notice to Vacate without permission of the Plaintiff and under

20 no right of claim.

21   9.   The reasonable value for the use and occupancy of the property is $30.00 per day.

22 Plaintiff seeks damages in that amount from October 13, 2009 and for each day thereafter, until

23 the date of judgment herein.

24   10.  Continued possession of the property is willful and malicious and Plaintiff is

25 entitled to statutory damages of $600.00 in addition to actual damages pursuant to California

26 Code of Civil Procedure §1174(b).

27        Plaintiff has performed all the necessary actions and given all the required notices

28 to bring this Unlawful Detainer action.

-2-

COMPLAINT FOR UNLAWFUL DETAINER

000044

WHEREFORE, Plaintiff prays for Judgment against Defendant(s) as follows:

For restitution and possession of the property; and

For $30.00 which represents the unpaid fair rental value per day for use and occupancy of the property and premises from October 13, 2009 until rendition of Judgment herein;

Statutory damages of $600.00; and/or

For such other and further relief as the Court may deem just and proper.

Dated: October 14, 2009                         PITE DUNCAN, LLP

WILLIAM L. PARTRIDGE, SBN 260166
JASON W. SHORT, SBN 263667
Attorneys for Plaintiff

VIA FAX

-3-

## VERIFICATION

2  State of California      )
                           )
3  County of San Diego  )

4

5          I, JASON W. SHORT, am the attorney for Federal Home Loan Mortgage Corporation, its

6  successors and/or assigns, the Plaintiff in this action. Such party is absent from the County

7  where I maintain my office, and I make this verification for and on behalf of that party for that

8  reason. I have read the foregoing Summons and Complaint for Unlawful Detainer and Money

9  Damages and accompanying documents therein and know their contents. I am informed and

10  believe and on that ground allege that matters stated therein are true.

11          I declare under penalty of perjury under the laws of the State of California that the

12  foregoing is true and correct.

13          Executed October 14, 2009, at San Diego, California.

                              PITE DUNCAN, LLP


          By:   _____
                JASON W. SHORT
                Attorney at Law


                VIA FAX


-4-

Exh 1

WHEN RECORDED MAIL TO:

WELLS FARGO BANK, N.A.
3476 STATEVIEW BLVD
FORT MILL SC 29715

Doc #: 2009-121620
Tue Aug 18 09:05:30 PDT 2009
Page: 1 of 2  Fee: $11.00
Kenneth W Blakemore
San Joaquin County Recorders
Paid By: TITLE COURT SERVICE

TRA # 003025
Trust No. 1201728-10
Loan No. XXXXXX6076

MAIL TAX STATEMENT TO:

Same as above

**RECORDING REQUESTED BY**
**FIRST AMERICAN TITLE COMPANY**
**AS AN ACCOMODATION ONLY**

4043822-LS

Space Above This Line For Recorder

Documentary Transfer Tax $.00
  XX  Grantee was the foreclosing beneficiary.
consideration $66,771.90
unpaid debt $288,344.47
non exempt amount $
___Computed on the consideration or value of property
conveyed.
___Computed on the consideration of value less liens or
encumbrances remaining at time of sale.

Signature of Declarant or Agent
AP# 079-113-30

## TRUSTEE'S DEED UPON SALE

CAL-WESTERN RECONVEYANCE CORPORATION (herein called trustee)
does hereby grant and convey, but without covenant or warranty, express or implied to
FEDERAL HOME LOAN MORTGAGE CORPORATION (herein called Grantee) the real property in the county of SAN
JOAQUIN, State of California described as follows:

LOT 261, AS SHOWN ON THAT CERTAIN MAP ENTITLED, TRACT NO. 851, FRANCISCAN PLAZA, UNIT NO. 6
FILED FOR RECORD IN BOOK 18 OF MAPS AND PLATS, PAGE 19, SAN JOAQUIN COUNTY RECORDS.
EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES BELOW
A DEPTH OF 500 FEET FROM THE SURFACE OF SAID LAND, WITHOUT THE RIGHT OF SURFACE  ENTRY.
The street address and other common designation, if any, of the real property described above is purported to be:
333 FRANCISCAN AVENUE
STOCKTON CA 95210

This conveyance is made pursuant to the authority and powers vested in said Trustee, as Trustee, or Successor Trustee, or
Substituted Trustee, under that certain Deed of Trust executed by
JUAN M SEARCY, A MARRIED PERSON AND BEATRIZ S SEARCY A MARRIED PERSON  as Trustor, recorded June
29, 2006, as Document No. 2006-140687, in Book XX, page XX, of Official Records in the Office of the Recorder of SAN
JOAQUIN County, California; and pursuant to the Notice of Default recorded March 09, 2009, as Document No. 2009-037845
in Book XX, page XX of Official Records of said County, Trustee having complied with all applicable statutory requirements of
the State of California and performed all duties required by said Deed of Trust, including, among other things, as applicable, the
mailing of copies of notices or the publication of a copy of the notice of default or the personal delivery of the copy of the notice of
default or the posting of copies of the notice of sale or the publication of a copy thereof.

TDUSCA.DOC                          Page 1 of 2                          Rev. 01/14/08

# EXHIBIT I
000047

TRA # 003025
Trust No. 1201728-10
Loan No. XXXXXX6076

At the place fixed in the Notice of Trustee's Sale, said Trustee did sell said property above described at public auction on July 30, 2009 to said Grantee, being the highest bidder therefore, for $66,771.90 cash, lawful money of the United States, in satisfaction pro tanto of the indebtedness then secured by said Deed of Trust

CAL-WESTERN RECONVEYANCE CORPORATION

Dated: July 30, 2009

*C. Archuleta*

C. Archuleta, Assistant Vice President

VIA FAX

State of California )
County of San Diego )

On July 30, 2009 before me, Dayane Monroy,
a Notary Public in and for said State, personally appeared C. Archuleta, Assistant Vice President, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal      (Seal)

Signature _____
        Dayane Monroy

VIA FAX

DAYANE MONROY
Commission # 1799093
Notary Public - California
San Diego County
My Comm. Expires May 25, 2012

TDUSCA.DOC        Page 2 of 2        Rev 01/14/08



**PITE
DUNCAN
LLP**

**San Diego**

Steven W. Pite CA NT WA
John D. Duncan CA TX WA
Peter J. Salmon
CA ID UT WA
David E. McAllister
AZ CA HI OR UT WA

Rochelle L. Stanford
AZ CA OR WA
Josephine E. Salmon
AK AZ CA NY
Laurel I. Handley
AZ CA ID NV
Daniel R. Gamez CA TX
Eddie R. Jimenez CA NV TX
Susan L. Petit AK CA WA
Douglas A. Toleno AZ CA
Cuong M. Nguyen CA NV
Casper J. Rankin CA OR
Charles A. Correia CA
Melodie A. Whitton CA
Brian A. Paino AZ CA TX CA
Christopher M. McDermott
CA
Jillian A. Benbow CA
Thomas N. Abbott CA
Tracy D. Mabry TX
Drew A. Callahan CA
Natalie T. Nguyen CA
Caroline M. Robert CA
Genail M. Anderson CA
Ellen Cha CA MN
Erin L. Laney CA
Angela M. Fontanini CA
Jacque A. Gruber CA NV
John B. Acierno CA
William L. Partridge CA
Christopher L. Peterson CA
Katie L. Johnson CA
Mitch A. Wrosch CA
Jason W. Short CA
Jason L. Eliaser CA

*Mailing - Bankruptcy*
4375 Jutland Drive, Suite 200
P O Box 17933
San Diego, CA 92177-0933

*Mailing - Eviction*
4375 Jutland Drive, Suite 200
P O Box 17934
San Diego, CA 92177-0934

Ph: (858) 750-7600
Fax: (619) 590-1385

**Orange County**

Kerry W. Franich CA NV
Elana J. Moeder CA
Bryan T. Brown CO TX
Michael J. Fox CA

1820 E. First St., Ste. 420
Santa Ana, CA 92705
Ph (714) 285-2633
Fax (714) 285-2668

**Arizona Office**

Charles L. Firestein
Phoenix, AZ

**Hawaii Office**

David B. Rosen
Honolulu, HI

**Washington Office**

Jesse Baker
Seattle, WA

**Texas Office**

Claire A. Mock
William P. Weaver, Jr.
San Antonio, TX

**October 6, 2009**

## NOTICE TO QUIT
C.C.P. SECTION 1161a(b)(3)

TO:   JUAN M. SEARCY, BEATRIZ S. SEARCY
      AND ALL OCCUPANTS, TENANTS, OR SUBTENANTS
      333 FRANCISCAN AVENUE
      STOCKTON, CA 95210

NOTICE IS HEREBY GIVEN that (i) within three (3) days after service on you of this Notice in the event you are the original owner or a successor owner of the property or (ii) within ninety (90) days after service on you of this Notice in the event you are a tenant or subtenant of the property, and not one of the owners of the property, you are required to quit and deliver up possession of the premises to the undersigned, who is authorized to receive the same. If you fail to deliver possession this office will institute legal proceedings against you to recover possession of said premises and for rents or damages as provided by law, including up to $600 (six hundred dollars) in addition to the actual damages.

You are required to quit and deliver up possession of the premises as that they were duly sold in accordance with Section 2924 of the Civil Code of the State of California on July 30, 2009 under the power of sale contained in the Deed of Trust encumbering the property. Title to the property has been duly perfected.

This Notice to you is given pursuant to the provisions of Section 1161a(b)(3) and 1161b of the Code of Civil Procedure of the State of California. If you have any questions please contact our office at (858) 750-7600.

DATED: October 6, 2009

By: _____ FOR
    Arianna Black

VIA FAX

Attorneys licensed to practice in Alaska, Arizona, California, Hawaii
Idaho, Nevada, New York, Oregon, Texas, Utah and Washington
*See above or visit www.piteduncan.com re individual attorney admissions.*

**EXHIBIT 2**
000049

PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200 P.O. BOX 17934
SAN DIEGO, CA 92177
TELEPHONE NO.: (858) 750-7600    FAX NO. Optional: (619) 590-1385
E-MAIL ADDRESS (Optional):

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: CA
BRANCH NAME:

PLAINTIFF (name each): FEDERAL HOME LOAN MORTGAGE CORPORATION

DEFENDANT (name each): JUAN M. SEARCY, BEATRIZ S. SEARCY

CASE NUMBER

| PROOF OF SERVICE | HEARING DATE: | DAY: | TIME | DEPT: | Ref No. or File No.:<br>000028-002518 |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND
I SERVED COPIES OF THE:

3/90 Day Notice to Vacate

NAME OF OCCUPANT:   JUAN M. SEARCY, BEATRIZ S. SEARCY AND ALL OCCUPANTS, TENANTS OR SUB-TENANTS

PERSON LEFT WITH:   BEATRIZ S. SEARCY - CO-TENANT

DATE OF SERVICE:   10/06/2009
TIME OF SERVICE:   05:34 pm

DATE OF MAILING:   October 6, 2009
PLACE OF MAILING:   MERCED

ADDRESS OF PROPERTY:   333 FRANCISCAN AVENUE
       STOCKTON, CA 95210
       (HOME)

MANNER OF SERVICE:
Leaving and Mailing: Having attempted to serve the tenant at a residence and a business address, if such address were
known; and having determined that the tenant was absent at the time; service was made by leaving a copy with some person
of suitable age and discretion at the place shown above and sending a copy through the mail, addressed to the tenant's place
of residence or business (if residence was unknown).

VIA FAX

Fee for Service: 130.50
County: MERCED
Registration No.: 118
Advanced Attorney Services, Inc.
3500 Fifth Ave.
San Diego, CA 92103
(619) 299-2012
www.attorneyservice.com

I declare under penalty of perjury that the foregoing is
true and correct and that this declaration was executed
on October 12, 2009.

Signature: _____
SANDRA M. MACIAS

PROOF OF SERVICE

982(a)(23)(New July 1, 1987)

Order#: 282518N2/GProof11

10/14/2009 WIJ/JIJQUTATTORNEY (Name) ADVANCED ATTORNEY SERVICES FAX 619-299-5058
WILLIAM L. PARTRIDGE, SBN 260166
JASON W. SHORT, SBN 263667
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P O Box 17934, San Diego, CA 92177-0934
TELEPHONE NO. (858) 750-7600    FAX NO. (Optional): (619) 590-1385
ATTORNEY FOR (Name) Federal Home Loan

FOR COURT USE ONLY

**FILED**
SUPERIOR COURT-STOCKTON

2009 OCT 16  AM 10: 07

ROSA JUNQUEIRO, CLERK

BY _____

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN
STREET ADDRESS:    222 East Weber Avenue
MAILING ADDRESS:   Stockton, CA 95202-2709
CITY AND ZIP CODE: Stockton, CA 95202-2709
BRANCH NAME:       County of San Joaquin - Stockton Branch

CASE NAME: Federal Home Loan vs. Juan M. Searcy

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER |
|---|---|---|---|---|
| ☐ Unlimited  ☒ Limited | | ☐ Counter   ☐ Joinder | | 39-2009 0027956-CL UD STN |
| (Amount demanded exceeds $25,000) | (Amount demanded is $25,000 or less) | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | | JUDGE: |
| | | | | DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☒ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (not specified above) (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. ☐ Large number of separately represented parties
b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. ☐ Substantial amount of documentary evidence
d. ☐ Large number of witnesses
e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☒ monetary b. ☒ nonmonetary; declaratory or injunctive relief c. ☐ punitive
4. Number of causes of action (specify): 1
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case (You may use form CM-015.)
Date: October 14, 2009

JASON W. SHORT, SBN 263667
(TYPE OR PRINT NAME)                                    ► _____
                                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

*VIA FAX*

**NOTICE**
- Plaintiff must file this coversheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any coversheet.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 (Rev. July 1, 2007)

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740
Cal. Standards of Judicial Administration, std 3.10